Mahadhi Corzano, Esq. (SBN: 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x 255
Fax: 866-583-3695
mcorzano@consumerlawcenter.com
Attorneys for Plaintiff, DAWN RETZLAFF

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DAWN RETZLAFF, | Case No.: SACV 11-1291-JVS(ANx) |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| OMNI CREDIT SERVICES OF FLORIDA, INC., | |
| Defendant. | |

NOW COMES the Plaintiff, DAWN RETZLAFF, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

- 1 -

DATED: October 6, 2011                KROHN & MOSS, LTD.


                                      By: /s/ Mahadhi Corzano                    
                                          Mahadhi Corzano, Esq.
                                          Attorney for Plaintiff


### CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on October 6, 2011, I served a copy of the same by electronic mail to the following:

Greg Straub

GStraub@omnicredit.net


                                      By: /s/ Mahadhi Corzano                    
                                          Mahadhi Corzano, Esq.