JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Dawn Retzlaff,<br><br>         Plaintiff,<br><br>     v.<br><br>Omni Credit Services of Florida, Inc.,<br><br>         Defendant(s). | SACV 11-1291-JVS (ANx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED:   October 13, 2011

_____
James V. Selna
United States District Judge